IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT PRODUCTS GROUP, INC., a Kansas corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 05-2237-CM<br>) |
| TADIRAN TELECOM, INC., a Florida, corporation, | )<br>)<br>) |
| Defendant. | ) |

### **ORDER**

The Court, having fully considered Plaintiff Sprint Products Group, Inc.'s Motion to Remand, finds that Plaintiff's Motion should be and is hereby GRANTED.

s/ Carlos Murguia
HONORABLE CARLOS MURGUIA

1

440931v1